**LAW OFFICES OF KENNETH L. BAUM LLC**
167 Main Street
Hackensack, New Jersey 07601
(201) 853-3030
(201) 584-0297 Facsimile
kbaum@kenbaumdebtsolutions.com
Attorneys for Educational Credit Management Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MICHAEL GRABIS,<br><br>                     Debtor. | CASE NO. 13-10669 (JLG)<br><br>CHAPTER 7 |
| MICHAEL GRABIS,<br><br>                     Plaintiff,<br><br>     v.<br><br>NAVIENT SOLUTIONS, LLC, EDUCATIONAL CREDIT MANAGEMENT CORPORATION, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                     Defendants. | ADV. PRO. NO. 15-01420 (JLG)<br><br>**Trial Date: February 25, 2022** |

**EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S TRIAL WITNESS LIST**

Educational Credit Management Corporation ("ECMC"), by and through its undersigned counsel, shall call the following witnesses at the trial of this matter:

1. Plaintiff, Michael Grabis

2. Kerry Klisch, Senior Litigation Specialist at Educational Credit Management Corporation.

ECMC reserves the right to cross-examine any witnesses called by any other party.

Dated: February 15, 2022
      Hackensack, New Jersey

                                              LAW OFFICES OF KENNETH L. BAUM LLC
                                              Attorneys for Educational Credit Management Corporation


                                              By:   */s/ Kenneth L. Baum*
                                                    Kenneth L. Baum